IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  05-CR-00132-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN CHISCHILLIE,

        Defendant.

_____

ORDER
_____

        Mr. Chischillie has moved  pursuant to 18 U.S.C. § 3161(h)(8)(A) for an ends-of-justice continuance on the grounds that defense of this case involves exploration of complex issues of religious freedom and native American tribal sovereignty and that a recent change of defense counsel has slowed preparation of his defense.

        The Grand Jury indicted Mr. Chischillie of three counts of offering to sell parts of migratory birds listed in 50 C.F.R. § 10.13; three counts of aiding and abetting the sale of unlawfully-obtained wildlife; and one count of selling the tail of a bald eagle to a federal agent. He asserts that he is a member of the Navajo tribe and a registered "roadman" within the tribe and the Native American Church.  He believes that the charges against him implicate complex issues of religious freedom and tribal sovereignty, which require extensive research.

        For these reasons, and for the other reasons stated in the motion and during the January 6, 2006 hearing, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ORDERED that

1) the motion is GRANTED;

2) the speedy trial clock shall be tolled until **Friday, March 10, 2006**;

3) Mr. Chischillie shall file any motions on or before **Friday, February 10, 2006**; and

4) a further status and scheduling hearing, at which the defendant's presence is waived and the Government may appear by telephone, shall be held on **Friday, March 10, 2006 at 8:00 A.M.**

Dated: January __6__, 2006 in Denver, Colorado.

                                               BY THE COURT:

                                               _s/Lewis T. Babcock_
                                               Lewis T. Babcock, Chief Judge