Zorn

PS 42
(8/05 D/CO)

05-cr-00132-LTB

# United States District Court

06 JAN 12 AM 10:32

### District of Colorado

U.S. PROBATION OFFICE
DENVER, COLORADO

United States of America

vs

Justin Chischillie

Case No. 05-cr-00132-B

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Justin Chischillie, have discussed with Christina A. Zorn, Probation Officer, modification of my release as follows:

Bond shall be modified to a personal recognizance bond. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed with the condition defendant maintain residence with his sister, Cheryl Chischillie, at Route 2, mile post 21.9, house #2173c, Tulani Lake, Arizona.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   12/29/5   _____   1/19/06
Signature of Defendant      Date      Probation Officer              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   1/26/06
Signature of Defense Counsel   Date

_____   1-23-06
Signature of Assistant U.S. Attorney   Date

[X]  The above modification of conditions of release is ordered, to be effective on February 1, 1006.

[ ]  The above modification of conditions of release is not ordered.

_____   February 1, 2006
Signature of Judicial Officer   Date